## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

ALFREDO VILLOLDO, individually, )
and GUSTAVO E. VILLOLDO, )
individually, and as Administrator, )
Executor, and Personal Representative )
of the Estate of GUSTAVO VILLOLDO )
ARGILAGOS, )
                              )
      Plaintiffs, )
                              )
v. )
                              )
FIDEL CASTRO RUZ, as an individual, )
and as an official, employee, or agent of )
The Republic of Cuba, RAUL CASTRO )
RUZ, as an individual, and as an official, )
employee, or agent of The Republic of )
Cuba, THE MINISTRY OF INTERIOR, )
an agency or instrumentality of The )
Republic of Cuba, THE ARMY OF THE )
REPUBLIC OF CUBA, an agency or )
instrumentality of The Republic of Cuba, )
and THE REPUBLIC OF CUBA, a foreign )
state, )
                              )
      Defendants. )
_____ )

CASE NO:

## NOTICE OF PENDING ACTION – 28 U.S.C. § 1605A(g) *LIS PENDENS*

PURSUANT TO 28 U.S.C. § 1605A(g), NOTICE IS HEREBY GIVEN that on December 21, 2011, Plaintiffs, Alfredo Villoldo, and Gustavo E. Villoldo, individually, and as Personal Representative of the Estate of Gustavo Villoldo Argilagos, filed a Complaint, in the United States District Court for the District of New York, in Case No. 11 Civ. 9394 (LTS). A true and correct copy of the Plaintiffs' Complaint is attached hereto as Exhibit "A".

Pursuant to 28 U.S.C. § 1605A(g), this Notice of Pending Suit has the effect of establishing a lien of *lis pendens* upon any real property or tangible personal property that is

subject to attachment in aid of execution, or execution, under 28 U.S.C. 1610, located within this judicial district, and titled in the name of the Defendants, and its agencies and instrumentalities, including but not limited to the following:

2904977 CANADA, INC. (a.k.a. CARIBE SOL; a.k.a. HAVANTUR CANADA INC.);

ABASTECEDORA NAVAL Y INDUSTRIAL, S.A. (a.k.a. ANAINSA);

ACE INDIC NAVIGATION CO. LTD.;

ACECHILLY NAVIGATION CO. LTD.;

ACEFROSTY SHIPPING CO., LTD.;

ACINOX, S.A.;

AERO-CARIBBEAN (a.k.a. AEROCARIBBEAN AIRLINES);

AEROCARIBBEAN, S.A.;

AEROCARIBBEAN AIRLINES (a.k.a. AERO-CARIBBEAN);

AEROGAVIOTA S.A.;

AERONAUTICA CIVIL DE CUBA;

AEROTAXI EJECUTIVO, S.A.;

AGENCIA ADUANAL Y TRANSITARIA CUBANACAN EXPRESS S.A.;

AGENCIA DE VIAJES GUAMA (a.k.a. GUAMA TOUR; a.k.a. GUAMATUR, S.A.; a.k.a. VIAJES GUAMA TOURS);

AGROTEX, S.A.;

AIMOROS SHIPPING CO. LTD. (a.k.a. AIRMORES SHIPPING CO. LTD.);

AIRMORES SHIPPING CO. LTD. (a.k.a. AIMOROS SHIPPING CO. LTD.);

ALFI S.A.;

ALIMENTOS RIO ZAZA S.A.;

ALMANCES UNIVERSAL S.A.;

ALMEST S.A.;

ALWAYS TRAVEL, S.A.

AMNEST, S.A.;

ANAINSA (a.k.a. ABASTECEDORA NAVAL Y INDUSTRIAL, S.A.);

ANGLO-CARIBBEAN CO., LTD. (a.k.a. AVIA IMPORT);

ANTAMALLO SHIPPING CO. LTD. (a.k.a. ATAMALLO SHIPPING CO. LTD.);

ANTEX S.A.;

ANTILLANA SALVAGE CO. LTD.;

ARANDIA, S.A.;

ARCAZ CORP.;

ARION SHIPPING CO., LTD.;

ASEGURADORA DEL TURISMO, LA ISLA, S.A.;

ASISTUR, S.A.;

ATAMALLO SHIPPING CO. LTD. (a.k.a. ANTAMALLO SHIPPING CO. LTD.);

AVALON, S.A.;

AVIA IMPORT (a.k.a. ANGLO-CARIBBEAN CO., LTD.);

AVIS FAITH (a.k.a. GRETE STAR);

AZCUBA (a.k.a. GRUPO ESTATAL AZCUBA; a.k.a. GRUPO AZCUBA);

BANCO CENTRAL DE CUBA;

BANCO DE CREDITO Y COMERCIO;

BANCO DE INVERSIONES, S.A.;

BANCO EXTERIOR DE CUBA;

BANCO FINANCIERO INTERNACIONAL, S.A.;

BANCO INTERNATIONAL DE COMERCIO, S.A.;

BANCO NACIONAL DE CUBA (a.k.a. BNC; a.k.a. NATIONAL BANK OF CUBA);

BANCO METROPOLOITANO, S.A.;

BANCO POPULAR DE AHORRO;

BELMEX IMPORT EXPORT CO., LTD.;

BETTINA SHIPPING CO. LTD.;

BEWELL CORPORATION, INC.;

BNC (a.k.a. BANCO NACIONAL DE CUBA; a.k.a. NATIONAL BANK OF CUBA);

BOUTIQUE LA MAISON;

BRADFIELD MARITIME CORPORATION INC.;

BRASCUBA, S.A.;

BRAVO S.A.;

BUCANERO S.A.;

BUFETE LEX, S.A.;

BURGAN INTERNATIONAL;

CANAPEL S.A. (a.k.a. CANIPEL S.A.);

CANIPEL S.A. (a.k.a. CANAPEL S.A.);

CARBONICA, S.A.;

CARIBE INTERNATIONAL TOURS, S.A.;

CARIBBEAN EXPORT ENTERPRISE (a.k.a. CARIBEX; a.k.a. EMPRESA CUBANA DE PESCADOS Y MARISCOS);

CARIBBEAN HAPPY LINES (a.k.a. CARIBBEAN HAPPY LINES CO.);

CARIBBEAN HAPPY LINES CO. (a.k.a. CARIBBEAN HAPPY LINES);

CARIBBEAN PRINCESS SHIPPING LTD.;

CARIBBEAN QUEEN SHIPPING LTD.;

CARIBE SOL (a.k.a. 2904977 CANADA, INC.; a.k.a. HAVANTUR CANADA INC.);

CARIBERIA, S.A.;

CARIBEX (a.k.a. CARIBBEAN EXPORT ENTERPRISE; a.k.a. EMPRESA CUBANA DE PESCADOS Y MARISCOS);

CARIBSUGAR INTERNATIONAL TRADERS, S.A.;

CARIBSUGAR, S.A.,

CARISUB, S.A.,

CASA DE CAMBIO, S.A.;

CASA DE CUBA;

CASA DEL HABANO, S.A.;

CASA DEL REPUESTO;

CECOEX, S.A.;

CENTRAL GEO MINING CO. OF CUBA;

CERVECERIA BUCANERO, S.A.;

CHAMET IMPORT, S.A.;

CIDECO (a.k.a. CORPORACION IBEROAMERICANA DEL COMERCIO);

CIMECO, SRL;

CIMEX, (Mexico);

CIMEX (a.k.a. COMPANIA DE IMPORTACION Y EXPORTACION IBERIA), (Spain).

CIMEX (a.k.a. CIMEX CUBA; a.k.a. COMERCIO INTERIOR, MERCADO EXTERIOR; a.k.a. CORPORACION CIMEX S.A.), (Cuba and other locations worldwide);

CIMEX CUBA (a.k.a. CIMEX; a.k.a. COMERCIO INTERIOR, MERCADO EXTERIOR; a.k.a.

CIMEX IBERICA;

CIMEX, S.A., (Panama);

COBALT REFINERY CO. INC.;

COIBA (a.k.a. COMERCIAL IBEROAMERICANA, S.A.);

COLONY TRADING, S.A.;

COMERCIAL CIMEX, S.A.;

COMERCIAL CUPET, S.A.;

COMERCIAL DE RODAJES Y MAQUINARIA, S.A. (a.k.a. CRYMSA);

COMERCIAL IBEROAMERICANA, S.A. (a.k.a. COIBA);

COMERCIAL MURALLA, S.A. (a.k.a. MURALLA, S.A.);

COMERCIALIZACION DE PRODUCTOS VARIOS (a.k.a. COPROVA; a.k.a. COPROVA SARL);

COMERCIALIZADORA NACARI, S.A.;

COMERCIO INTERIOR, MERCADO EXTERIOR (a.k.a. CIMEX; a.k.a. CIMEX CUBA; a.k.a. CORPORACION CIMEX S.A.);

COMPANIA CONSOLIDADA DE AVIACION, S.A.;

COMPANIA CONTRATISTA DE OBRAS PARA LA AVIACION, S.A.;

COMPANIA DE IMPORTACION Y EXPORTACION IBERIA (a.k.a. CIMEX);

COMPANIA FENIX INTERNACIONAL, S.A.;

COMPANIA FIDUCIARIA, S.A.;

COMPANIA FINANCIERA S.A.;

COMPANIA PESQUERA INTERNACIONAL, S.A.;

CONAVANA, S.A.;

CONSULTORES ASOCIADOS, S.A.;

CONTEX, S.A.;

COPEXTEL, S.A.;

COPIA, S.A. (a.k.a. CORPORACION ARGENTINA DE INGENIERIA Y ARQUITECTURA, S.A.);

COPROVA (a.k.a. COMERCIALIZACION DE PRODUCTOS VARIOS; a.k.a. COPROVA SARL);

COPROVA SARL (a.k.a. COMERCIALIZACION DE PRODUCTOS VARIOS; a.k.a. COPROVA);

CORACAN S.A.;

CORAL CONTAINER LINES, S.A.;

CORALAC S.A.;

CORALSA (a.k.a. CORPORACION ALIMENTARIA, S.A.);

CORPORACION ALIMENTARIA, S.A. (a.k.a. CORALSA);

CORPORACION ARGENTINA DE INGENIERIA Y ARQUITECTURA, S.A. (a.k.a. COPIA, S.A.);

CORPORACION CIMEX S.A. (a.k.a. CIMEX; a.k.a. CIMEX CUBA; a.k.a. COMERCIO INTERIOR, MERCADO EXTERIOR);

CORPORACION CIMEX, S.A., (Panama);

CORPORACION CUBA RON S.A.;

CORPORACION FINANCIERA, S.A.;

CORPORACION FINANCIERA HABANA, S.A.;

CORPORACION HABANOS S.A.;

CORPORACION IBEROAMERICANA DEL COMERCIO (a.k.a. CIDECO);

CORPORACION TURISTICA DEL CARIBE, S.A.;

COTEI;

CRYMSA (a.k.a. COMERCIAL DE RODAJES Y MAQUINARIA, S.A.);

CRYMSA - ARGENTINA, S.A.;

CUBACANCUN CIGARS AND GIFT SHOPS;

CUBACEL, S.A.;

CUBAEXPORT (a.k.a. EMPRESA CUBANA EXPORTADA DE ALIMENTOS Y PRODUCTOS VARIOS, S.A.);

CUBAFRUTAS;

CUBALSE, S.A.;

CUBAMAR VIAJES, S.A.;

CUBAN CIGARS TRADE;

CUBAN FREIGHT ENTERPRISE (a.k.a. CUFLET; a.k.a. LA EMPRESA CUBANA DE FLETES);

CUBAN NATIONALS WITH SECURITIES ACCOUNTS IN THEIR NAMES WHICH WERE NATIONALIZED BY CUBA;

CUBANA AIRLINES (a.k.a. EMPRESA CUBANA DE AVIACION);

CUBANACAN (a.k.a. CUBANACAN GROUP; a.k.a. EL GRUPO CUBANACAN);

CUBANACAN GROUP (a.k.a. CUBANACAN; a.k.a. EL GRUPO CUBANACAN);

CUBANACAN INTERNATIONAL BV;

CUBANACAN INTERNACIONAL DE MEXICO, S.A.;

CUBANACAN NEGOCIO MEXICO S.A. DE C.V.;

CUBANACAN OPERACIONES;

CUBANACAN NAUTICA, S.A.;

CUBANACAN VIAJES, S.A.;

CUBANACAN U.K. LIMITED;

CUBANATUR;

CUBANIQUEL (a.k.a. UNION DEL NIQUEL, S.A.)

CUBA-PETROLEO (a.k.a. CUBAPETROLEO; a.k.a UNION DE EMPRESAS CUBAPETROLEO; a.k.a UNION CUBA PETROLEO);

CUBAPETROLEO (a.k.a. UNION DE EMPRESAS CUBAPETROLEO; a.k.a UNION CUBA-PETROLEO; a.k.a CUBA PETROLEO);
CUBAPETROLEO, S.A.;

CUBATABACO;

CUBAN TELEPHONE COMPANY (a.k.a. ITT CUBAN TELEPHONE COMPANY);

CUBATEL, S.A.;

CUBATUR (a.k.a. EMPRESA DE TURISMO NACIONAL Y INTERNACIONAL);

CUBAZUCAR;

CUFLET (a.k.a. CUBAN FREIGHT ENTERPRISE; a.k.a. LA EMPRESA CUBANA DE FLETES);

CUMEXINT, S.A.;

CUREF METAL PROCESSING BV;

DELVEST HOLDING COMPANY (a.k.a. DELVEST HOLDING, S.A.);

DELVEST HOLDING, S.A. (a.k.a. DELVEST HOLDING COMPANY);

DEPROSA, S.A. (a.k.a. DESARROLLO DE PROYECTOS, S.A.);

DESARROLLO DE PROYECTOS, S.A. (a.k.a. DEPROSA, S.A.);

DESARROLLO INDUSTRIAL CUBANO ESPANOL, S.A. (a.k.a. DICESA);

DICESA (a.k.a. DESARROLLO INDUSTRIAL CUBANO ESPANOL, S.A.);

DIVISION FINANCIERA;

DURGACO;

EAST ISLAND SHIPPING CO. LTD.;

EDICIONES CUBANAS;

EDYJU, S.A.;

EL GRUPO CUBANACAN (a.k.a. CUBANACAN; a.k.a. CUBANACAN GROUP);

EMPRESA CUBANA DE AEROPUERTOS Y SERVICIOS, S.A.;

EMPRESA CUBANA DE AVIACION (a.k.a. CUBANA AIRLINES);

EMPRESA CUBANA EXPORTADA DE ALIMENTOS Y PRODUCTOS VARIOS, S.A. (a.k.a. CUBAEXPORT);

EMPRESA CUBANA DE PESCADOS Y MARISCOS (a.k.a. CARIBBEAN EXPORT ENTERPRISE; a.k.a. CARIBEX);

EMPRESA DE LEVADURAS Y FERMENTOS, S.A.;

EMPRESA NACIONAL DE LUBRICANTES CUBANA, S.A. (a.k.a. CUBALUB);

EMPRESA DE TELECOMUNICACIONES DE CUBA S.A. (a.k.a. ETESCA);

EMPRESA DE TURISMO NACIONAL Y INTERNACIONAL (a.k.a. CUBATUR);

EMPRESA LOGISTICA DE CARGA AEREA DE CUBA, S.A.;

EPAMAC SHIPPING CO. LTD.;

EMPROTUR, S.A.;

ETCO INTERNATIONAL COMMODITIES LTD.;

ETCO INTERNATIONAL COMPANY, LIMITED;

ETESCA (a.k.a. EMPRESA DE TELECOMUNICACIONES DE CUBA S.A.);

EXPEDIMAR S.A.;

EXPORTADORA DEL CARIBE;

FABRO INVESTMENT, INC.;

FACOBATA;

FAMESA INTERNATIONAL, S.A.;

FIMEL S.A.;

FINAGRI S.A.;

FINALSE S.A.;

FINANCIERA CAUDAL, S.A.

FINANCIERA IBEROAMERICANA, S.A.

FINANCIERA NACIONAL, S.A.;

FINANCIERA PARA LA INDUSTRIA ALIMENTICIA, S.A.;

FINANCIERO INTERNACIONAL S.A.;

FINATUR S.A.;

FINCIMEX S.A.;

FINTUR CORP.;

FLIGHT DRAGON SHIPPING LTD.;

FRUNI TRADING CO.;

GAESA (a.k.a. GRUPO DE ADMINISTRACION EMPRESARIAL, S.A.);

GALAX INC. (a.k.a. GALAX TRADING CO., LTD.);

GALAX TRADING CO., LTD. (a.k.a. GALAX INC.);

GALLO IMPORT;

GAVIOTA, S.A. (a.k.a. GRUPO DE TURISMO GAVIOTA S.A.);

GEMEX AUSSENHANDELS GMBH;

GEOCUBA;

GEOMINERA, S.A.;

GENERAL NICKEL SA (a.k.a. LA COMPANIA GENERAL DE NIQUEL);

GILMAR CORP.;

GLOBAL MARINE OVERSEAS, INC.;

GO CUBA PLUS;

GOLDEN COMET NAVIGATION CO. LTD.;

GRAN CARIBE, S.A.;

GRETE SHIPPING CO. S.A.;

GRUPO AZCUBA (a.k.a. AZCUBA; a.k.a. GRUPO ESTATAL AZCUBA);

GRUPO DE ADMINISTRACION EMPRESARIAL, S.A. (aka GAESA);

GRUPO DE LA ELECTRONICA;

GRUPO DE TURISMO GAVIOTA, S.A. (a.k.a. GAVIOTA S.A.);

GRUPO EMPRESARIAL CUBACAFE;

GRUPO EMPERSARIAL DE TABACO DE CUBA (a.k.a. GRUPO EMPERSARIAL TABACUBA; a.k.a. TABACUBA);

GRUPO EMPERSARIAL TABACUBA (a.k.a. GRUPO EMPERSARIAL DE TABACO DE CUBA; a.k.a. TABACUBA)

GRUPO ESTATAL AZCUBA (a.k.a. AZCUBA; a.k.a. GRUPO AZCUBA);

GRUPO NUEVA BANCA, S.A.;

GUACA EXPORT;

GUAMA TOUR (a.k.a. AGENCIA DE VIAJES GUAMA; a.k.a. GUAMATUR, S.A.; a.k.a. VIAJES GUAMA TOURS);

GUAMAR SHIPPING CO. S.A.;

GUAMATUR;

GUAMATUR S.A. (a.k.a. HAVANATUR CHILE S.A.);

GUAMATUR, S.A. (a.k.a. AGENCIA DE VIAJES GUAMA; a.k.a. GUAMA TOUR; a.k.a. VIAJES GUAMA TOURS);

HABAGUANEX, S.A.;

HABANOS, S.A.;

HABANOS TRADING;

HAVANA CLUB HOLDING, S.A.;

HAVANA CLUB INTERNATIONAL, S.A. (a.k.a. HAVANA CLUB INTERNACIONAL, S.A.);

HAVANA CLUB INTERNACIONAL, S.A. (a.k.a. HAVANA CLUB INTERNATIONAL, S.A.);

HAVANA INTERNATIONAL BANK, LTD.;

HAVANA RUM & LIQUORS, S.A.;

HAVANATUR;

HAVANATUR CELIMAR, S.A.;

HAVANATUR BAHAMAS LTD.;

HAVANATUR CHILE S.A. (f.k.a. GUAMATUR S.A.);

HAVANATUR S.A. (a.k.a. HAVANATUR, S.A.);

HAVANATUR, S.A. (a.k.a. HAVANATUR S.A.);

HAVANTUR CANADA INC. (a.k.a. 2904977 CANADA, INC.; a.k.a. CARIBE SOL);

HAVINPEX, S.A. (a.k.a. TRANSOVER, S.A.);

HERMANN SHIPPING CORP., INC.;

HEYWOOD NAVIGATION CORPORATION;

HOLA SUN HOLIDAYS LIMITED;

HORIZONTES HOTELES, S.A.;

HUNTSLAND NAVIGATION CO. LTD.;

HUNTSVILLE NAVIGATION CO. LTD.;

IBERAFIN S.A.;

IHLA-H GUITART HABANA LIBRE;

IMPRISA, S.A.;

INCREFIN S.A.;

INDUSTRIAL MOLINERA DE LA HABANA S.A.;

INRE (a.k.a. INSTITUTO NACIONAL DE LA RESERVA ESTATAL);

INSTITUTO NACIONAL DE LA RESERVA ESTATAL (a.k.a. INRE);

INSTITUTO NACIONAL DE TURISMO DE CUBA;

INTERCONSULT;

INTERNATIONAL COBALT CO. INC.;

INTERNATIONAL PETROLEUM, S.A. (a.k.a. IPESCO);

INTERNATIONAL TRANSPORT CORPORATION;

INVERSIONES LUPAMAR, S.A. (a.k.a. LUPAMAR INVESTMENT COMPANY);

IPESCO (a.k.a. INTERNATIONAL PETROLEUM, S.A.);

ITT CUBAN TELEPHONE COMPANY (a.k.a. CUBAN TELEPHONE COMPANY);

KASPAR SHIPPING CO. S.A.;

KAVE, S.A.;

KOL INVESTMENTS, INC.;

KYOEI INTERNATIONAL COMPANY, LIMITED;

LABIOFAM, S.A.;

LA COMPANIA GENERAL DE NIQUEL (a.k.a. GENERAL NICKEL SA);

LA COMPANIA TIENDAS UNIVERSO S.A.;

LA EMPRESA CUBANA DE FLETES (a.k.a. CUBAN FREIGHT ENTERPRISE; a.k.a. CUFLET);

LA ISLA, S.A.;

LAKSHMI;

LEVERAGE, S.A.;

LEVERYE, S.A.;

LEYBDA CORPORATION, S.A.;

LICOREXPORT S.A.;

LOUTH HOLDINGS, S.A.;

LOS PORTALES S.A.;

LUPAMAR INVESTMENT COMPANY (a.k.a. INVERSIONES LUPAMAR, S.A.);

MALFI MARINE CORP., S.A.;

MANZPER CORP.;

MARINE REGISTRATION COMPANY, (Panama);

MARINTER, S.A.;

MARISCO DE FARALLON, S.A. (a.k.a. MARISCOS DE FARALLON, S.A.);

MARISCOS DE FARALLON, S.A. (a.k.a. MARISCO DE FARALLON, S.A.);

MARKETING ASSOCIATES CORPORATION;

MARYOL ENTERPRISES INC.;

MELFI MARINE CORPORATION S.A. (a.k.a. MELFI MARINE S.A.);

MELFI MARINE S.A. (a.k.a. MELFI MARINE CORPORATION S.A.);

MERCURIUS IMPORT/EXPORT COMPANY, PANAMA, S.A.;

MINAZ (a.k.a. MINISTERIO DEL AZUCAR);

MINBAS (a.k.a. MINISTERIO DE LA INDUSTRIA BASICA)

MINCONS (a.k.a. MINISTERIO DE LA CONSTRUCCION);

MINED (a.k:a. MINISTERIO DE EDUCACION);

MINISTERIO DE CIENCIA, TECNOLOGIA Y MEDIO AMBIENTE;

MINISTERIO DE EDUCACION (a.k.a. MINED);

MINISTERIO DE EDUCACION SUPERIOR;

MINISTERIO DE FINANZAS Y PRECIOS;

MINISTERIO DE RELACIONES EXTERIORES DE CUBA (a.k.a. MINREX);

MINISTERIO DE TRABAJO Y SEGURIDAD SOCIAL;

MINISTERIO DE LA CONSTRUCCION (a.k.a. MINCONS);

MINISTERIO DE LA INDUSTRIA BASICA (a.k.a. MINBAS)

MINISTERIO DEL AZUCAR (a.k.a. MINAZ);

MINISTERIO DEL TRANSPORTE (a.k.a. MITRANS);

MINISTERIO DEL TURISMO (a.k.a. MINTUR);

MINTUR (a.k.a. MINISTERIO DEL TURISMO);

MITRANS (a.k.a. MINISTERIO DEL TRANSPORTE);

MOA NICKEL SA;

MONET TRADING COMPANY;

MOONEX INTERNATIONAL, S.A.;

MOTORES INTERNACIONALES DEL CARIBE, S.A.;

MURALLA, S.A. (a.k.a. COMERCIAL MURALLA, S.A.);

NATIONAL BANK OF CUBA (a.k.a. BANCO NACIONAL DE CUBA; a.k.a. BNC);

NAVIERA MARITIMA DE AROSA, S.A.;

NAVIGABLE WATER CORPORATION;

NETHERLANDS CARIBBEAN BANK N.V.;

NIPPON-CARIBBEAN CO., LTD.;

NIREF;

NORDSTRAND LTD.;

NORDSTRAND MARITIME AND TRADING COMPANY;

NORTH ISLAND SHIPPING CO. LTD.;

OCTOBER HOLDING COMPANY (a.k.a. OCTUBRE HOLDING SOCIETE ANONIME);

OCTUBRE HOLDING SOCIETE ANONIME (a.k.a. OCTOBER HOLDING COMPANY);

PAMIT C. SHIPPING CO., LTD.;

PANAMERICAN IMPORT AND EXPORT COMMERCIAL CORPORATION;

PANAFIN, S.A.;

PANOAMERICANA;

PAPAS AND CO.;

PDV CUPET, S.A.;

PEONY SHIPPING CO. LTD.;

PEREZ, S.A.;

PESCABRAVA, S.A., (France);

PESCABRAVA, S.A., (Italy);

PESCABRAVA, S.A., (Spain);

PESCADOS Y MARISCOS DE PANAMA, S.A. (a.k.a. PESMAR S.A.; a.k.a. PEZMAR S.A.);

PESMAR S.A. (a.k.a. PESCADOS Y MARISCOS DE PANAMA, S.A.; a.k.a. PEZMAR S.A.), Panama City, Panama [CUBA].

PEZMAR S.A. (a.k.a. PESCADOS Y MARISCOS DE PANAMA, S.A.; a.k.a. PESMAR S.A.);

PIONEER SHIPPING LTD.;

PIRAMIDE INTERNATIONAL;

PIRANHA NAVIGATION CO. LTD.;

POCHO NAVIGATION CO. LTD.;

PRELASA;

PRENSA LATINA, S.A.;

PRENSA LATINA CANADA LTD.;

PRESA, S.A.;

PRIMA EXPORT/IMPORT;

PROARTE (a.k.a. PROMOCIONES ARTISTICAS);

PROCESADORA DE SOYA S.A.;

PRODUCCIONES ABDALA, S.A.;

PROMOCIONES ARTISTICAS (a.k.a. PROARTE);

PROMOTORA ANDINA, S.A.;

QUIMINTER GMBH;

RADIOCUBA;

RADIO SERVICE, S.A., (Panama);

RAFIN S.A.;

RECICLAJE INDUSTRIAL, S.A.;

REDESTOS SHIPPING CO. LTD.;

RENT-A-CAR, S.A.;

SASA, S.A.;

SENANQUE SHIPPING CO. LTD.;

SERCUBA;

SERMAR, S.A.;

SERVIMED, S.A.;

SERVIMPEX, S.A.;

SERVINAVES, S.A.;

SHIPLEY SHIPPING CORP.;

SIBONEY INTERNACIONAL, S.A.;

S.I.S. CUBACONTROL, S.A.;

SOCIETA COMMERCIA MINERALI E METTALLI, SRL (a.k.a. SOCOMET, SPA);

SOCOMET, SPA (a.k.a. SOCIETA COMMERCIA MINERALI E METTALLI, SRL);

SOUTH ISLAND SHIPPING CO. LTD.;

STANDWEAR SHIPPING CO. LTD.;

STELLA, S.A.;

SUCHEL, S.A.;

SUPLIDORA LATINO AMERICANA, S.A. (a.k.a. SUPLILAT, S.A.);

SUPLILAT, S.A. (a.k.a. SUPLIDORA LATINO AMERICANA, S.A.);

T&M INTERNATIONAL LTD. (a.k.a. GO CUBA PLUS; a.k.a. TOUR & MARKETING INTERNATIONAL LTD.; a.k.a. TOUR AND MARKETING INTERNATIONAL LTD.);

TABACUBA (a.k.a. GRUPO EMPERSARIAL DE TABACO DE CUBA; a.k.a. GRUPO EMPERSARIAL TABACUBA);

TABACUBA, S.A.;

TALLER DE REPARACIONES NAVALES, S.A. (a.k.a. TARENA, S.A.);

TARENA, S.A. (a.k.a. TALLER DE REPARACIONES NAVALES, S.A.);

TECHNIC DIGEMEX CORP.;

TECHNIC HOLDING INC.;

TECNOTEX;

TELEFONICA DATA CUBA, S.A.;

TEMIS SHIPPING CO.;

TOUR & MARKETING INTERNATIONAL LTD. (a.k.a. GO CUBA PLUS; a.k.a. T&M INTERNATIONAL LTD.; a.k.a. TOUR AND MARKETING INTERNATIONAL LTD.);

TOUR AND MARKETING INTERNATIONAL LTD. (a.k.a. GO CUBA PLUS; a.k.a. T&M INTERNATIONAL LTD.; a.k.a. TOUR & MARKETING INTERNATIONAL LTD.);

TRAMP PIONEER SHIPPING CO.;

TRANSFIN;

TRANSIT, S.A.;

TRANSOVER, S.A. (a.k.a. HAVINPEX, S.A.);

TRANSTUR, S.A.;

TRAVEL SERVICES, INC., (Hialeah, FL);

TRD CARIBE, S.A.;

TREVISO TRADING CORPORATION;

TROBER, S.A. (a.k.a. TROVER, S.A.);

TROPIC TOURS GMBH (a.k.a. TROPICANA TOURS GMBH);

TROPICANA TOURS GMBH (a.k.a. TROPIC TOURS GMBH);

TROVER, S.A. (a.k.a. TROBER, S.A.);

TRUST IMPORT-EXPORT, S.A.;

UNION CUBANA DE PETROLEO, S.A.;

UNION CUBAPETROLEO, S.A.;

UNION CUBA-PETROLEO (a.k.a. CUBAPETROLEO; a.k.a UNION DE EMPRESAS CUBAPETROLEO; a.k.a CUBA PETROLEO);

UNION DE EMPRESAS CUBAPETROLEO (a.k.a. CUBAPETROLEO; a.k.a UNION CUBA-PETROLEO; a.k.a CUBA PETROLEO);

UNION DE INDUSTRIAS MILITARES;

UNION DEL NIQUEL, S.A. (a.k.a. CUBANIQUEL);

UNION GEOLOGICA MINERA, S.A.;

UNITED FAIR AGENCIES;

VALETTA SHIPPING CORPORATION;

VIACON INTERNATIONAL, INC.;

VIACON INTERNATIONAL, INC.;

VIAJES GUAMA TOURS (a.k.a. AGENCIA DE VIAJES GUAMA; a.k.a. GUAMA TOUR; a.k.a. GUAMATUR, S.A.);

VIAJES GUAMA, S.A.;

VINALES TOURS;

VIOLET NAVIGATION CO. LTD.;

WADENA SHIPPING CORPORATION;

WEST ISLAND SHIPPING CO. LTD.;

YAMARU TRADING CO., LTD.

Dated: November 14, 2013

Respectfully submitted,

ALFREDO VILLOLDO, individually, and
GUSTAVO E. VILLOLDO, individually,
and as Administrator, Executor, and
Personal Representative of the ESTATE OF
GUSTAVO VILLOLDO ARGILAGOS

/s/ AiVi Nguyen
Louis M. Ciavarra (BBO #546481)
AiVi Nguyen (BBO # 675319)
BOWDITCH & DEWEY, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
Tel: (508) 926-3408
Fax: (508) 929-3011
Email: lciavarra@bowditch.com
Email: anguyen@bowditch.com

and

Andrew C. Hall, Esq.*
Brandon R. Levitt, Esq.*
HALL, LAMB AND HALL P.A.
2665 South Bayshore Drive, PH1
Miami, Florida 33133
Tel.: (305) 374-5030
Fax: (305) 374-5033

* admitted *pro hac vice*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the forgoing was delivered via U.S. mail on this 14th day of November, 2013 to: Bruno Eduardo Rodríguez Parrilla, Minister of Foreign Affairs, Cuban Interests Section, 2630 16th Street, N.W., Washington, D.C. 20009; via DHL Global Mail to: Ministerio de Realciones Exteriores, Attencion: Bruno Eduardo Rodríguez Parrilla, Minister, Calzada No. 360, Esquina G, Vedado, La Habana, Cuba; Sitio Minint, Ministerio del Interior, Attencion: Abelardo Colomé Ibarra, Ministro, Aranguren y Av. Carlos Manuel de Céspedes, Plaza de la Revolución, Ciudad de la Habana, Cuba; and Ministerio de las Fuerzas Armadas, Revolucionarias, Attencion: Julio Casas Regueiro, Ministro, Avenida de la Independencia y Paseo, Plaza de la Revolución, Ciudad de la Habana, Cuba

/s/ AiVi Nguyen